No. 25-11881

# In the United States Court of Appeals for the Eleventh Circuit

COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, ET AL.,
*Plaintiffs-Appellees*,

V.

JAMES UTHMEIER, IN HIS OFFICIAL CAPACITY AS FLORIDA ATTORNEY GENERAL,
*Defendant-Appellant*.

On Appeal from the United States District Court
for the Northern District of Florida
No. 4:24-cv-00438-MW-MAF

**APPELLANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

ANITA PATEL
  *Special Counsel*
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
*kevin.golembiewski@myfloridalegal.com*

JAMES UTHMEIER
  *Attorney General of Florida*

JEFFREY PAUL DESOUSA
  *Acting Solicitor General*
KEVIN A. GOLEMBIEWSKI
  *Senior Deputy Solicitor General*
DARRICK W. MONSON
  *Deputy Solicitor General*
ROBERT S. SCHENCK
  *Assistant Solicitor General*

June 6, 2025                                    *Counsel for Appellant*

*CCIA v. Uthmeier*
*Eleventh Circuit Case No. 25-11881*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellant certifies that, to the best of his knowledge, the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3:

1. Allen, Tony
2. Alter, Adam
3. Bell, Daniel
4. Boyle, David
5. Cleland, Bartlett
6. Clement, Paul D.
7. Computer & Communications Industry Association
8. Costello, David M.
9. DeMott, Joseph J.
10. DeSousa, Jeffrey Paul
11. Fitzpatrick, Hon. Martin A.
12. Golembiewski, Kevin A.
13. Guard, John M.
14. Kilby, Douglas L.
15. Lamia, Christine

C-1 of 3

*CCIA v. Uthmeier*
*Eleventh Circuit Case No. 25-11881*

16. Mead, Grace Lee

17. Monson, Darrick W.

18. Moody, Ashley

19. Murphy, Erin

20. Murphy, Hannah E.

21. NetChoice, LLC

22. Pallaki, Mitchell K.

23. Patel, Anita

24. Schenck, Robert S.

25. Schruers, Matthew

26. Spears, Sara E.

27. Twenge, Jean

28. Uthmeier, James

29. Veitch, Alexandra N.

30. Waczewski, James

31. Walker, Hon. Mark

32. Whitaker, Henry C.

33. Wynosky, Kevin J.

34. Xi, James

*CCIA v. Uthmeier*
*Eleventh Circuit Case No. 25-11881*

Snap, Inc. (SNAP), Meta Platforms, Inc. (META), and Alphabet Inc. (GOOGL) are publicly traded companies that have an interest in the outcome of this case or appeal.

Dated: June 6, 2025                    Respectfully submitted,

JAMES UTHMEIER
  *Attorney General of Florida*

*/s/ Kevin A. Golembiewski*
JEFFREY PAUL DESOUSA
  *Acting Solicitor General*
KEVIN A. GOLEMBIEWSKI
  *Senior Deputy Solicitor General*
DARRICK W. MONSON
  *Deputy Solicitor General*
ROBERT S. SCHENCK
  *Assistant Solicitor General*
ANITA PATEL
  *Special Counsel*
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
*kevin.golembiewski@myfloridalegal.com*

## CERTIFICATE OF SERVICE

I certify that on June 6, 2025, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Kevin A. Golembiewski*
Senior Deputy Solicitor General
