No. 25-11881

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

———————

COMPUTER & COMMUNICATIONS INDUSTRY
ASSOCIATION; NETCHOICE,

*Plaintiffs-Appellees*,

v.

ATTORNEY GENERAL, STATE OF FLORIDA,

*Defendant-Appellant*.

———————

On Appeal from the United States District Court
for the Northern District of Florida
No. 4:24-cv-00438-MW-MAF

———————

# CERTIFICATE OF INTERESTED PERSONS AND
# CORPORATE DISCLOSURE STATEMENT

———————

> PAUL D. CLEMENT
> ERIN E. MURPHY
>   *Counsel of Record*
> JAMES Y. XI
> MITCHELL K. PALLAKI
> CLEMENT & MURPHY, PLLC
> 706 Duke Street
> Alexandria, VA 22314
> (202) 742-8900
> erin.murphy@clementmurphy.com
>
> *Counsel for Plaintiffs-Appellees*

June 30, 2025

No. 25-11881, *CCIA, et al. v. Attorney General, State of Florida*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. R. 26.1, Appellees hereby certify that the Computer & Communications Industry Association (CCIA) has no parent corporation and that no publicly held corporation owns ten percent or more of its stock. Appellees certify that NetChoice has no parent corporation and that no publicly held corporation owns ten percent or more of its stock.

Appellees also certify that, pursuant to 11th Cir. R. 26.1-1(a)(3), there are no additional attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this particular case on appeal that were omitted from the appellants' certificate (CA11.Dkt.6).

Respectfully submitted,

Dated: June 30, 2025

s/Erin E. Murphy
PAUL D. CLEMENT
ERIN E. MURPHY
 *Counsel of Record*
JAMES Y. XI
MITCHELL K. PALLAKI
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
erin.murphy@clementmurphy.com

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 30, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

June 30, 2025

                                                      <u>s/Erin E. Murphy</u>
                                                      Erin E. Murphy