# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11881
_____

COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,
NETCHOICE,

    *Plaintiffs-Appellees,*

versus

ASHLEY BROOKE MOODY,

    *Defendant,*

ATTORNEY GENERAL, STATE OF FLORIDA,

    *Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:24-cv-00438-MW-MAF
_____

ORDER:

    Florida's motion to withdraw its pending motion to expedite oral argument is GRANTED.

| 2 | Order of the Court | 25-11881 |
|---|---|---|

      Appellees' motion to expedite oral argument and the disposition of this appeal is GRANTED. The Clerk of Court is DIRECTED to place this case on the next available oral argument calendar with a vacancy.

/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE