In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11881

_____

COMPUTER & COMMUNICATIONS INDUSTRY
ASSOCIATION,
NETCHOICE,

*Plaintiffs-Appellees,*

*versus*

ASHLEY BROOKE MOODY,

*Defendant,*

ATTORNEY GENERAL, STATE OF FLORIDA,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:24-cv-00438-MW-MAF

_____

ORDER:

The parties shall file supplemental briefs responding to the following questions:

1. To the extent that CCIA and NetChoice seek to vindicate the rights of their member platforms, have they established associational standing?

2. To the extent that CCIA and NetChoice instead (or also) seek to vindicate the rights of the *users* of their member platforms, have they established prudential third-party standing?

3. Did the district decide CCIA and NetChoice's as-applied challenge in its preliminary-injunction order?

The briefs shall contain no more than 5000 words and shall be filed on or before Monday, June 29, 2026.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION