In the

# United States Court of Appeals

For the Eleventh Circuit

No. 25-11881

COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,
NETCHOICE,

*Plaintiffs-Appellees,*

*versus*

ASHLEY BROOKE MOODY,

*Defendant,*

ATTORNEY GENERAL, STATE OF FLORIDA,

*Defendant-Appellant.*

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:24-cv-00438-MW-MAF

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 14, 2026

For the Court: DAVID J. SMITH, Clerk of Court